# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15314

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-12680-CGC |
| Glenn R. Busard and Laura L. Busard | Chapter 7 |
| Debtors. | MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2 | RE: Real Property Located at 4617 E. Matt Dillon Trail Cave Creek, AZ 85331 |
| Movant, vs. | |
| Glenn R. Busard and Laura L. Busard, Debtors; S. William Manera, Trustee. | |
| Respondents. | |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's

sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 16th day of June, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Glenn R. Busard and Laura L. Busard filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. S. William Manera was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> Lot 221, of DOVE VALLEY RANCH PARCEL H, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 485 of Maps, page 44.

Debtors executed a Note secured by a Deed of Trust, dated November 14, 2005, recorded in the office of the Maricopa County Recorder's Office. A true copy of the Deed of Trust is annexed as Exhibits "A", respectively, and made a part hereof by this reference.

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after February 1, 2009.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors' Statement of Intentions the debtors intend on surrendering the title and possession interest in the subject property. A true and correct copy of the Debtors' Statement of Intention is attached hereto as Exhibit "B".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 4617 E. Matt Dillon Trail, Cave Creek, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 16th day of June, 2009.

                TIFFANY & BOSCO, P.A.

                By  /s/ MSB # 010167
                     Mark S. Bosco
                     Leonard J. McDonald
                     2525 East Camelback Road, Suite 300
                     Phoenix, Arizona 85016
                     Attorneys for Movant